JAP:RTP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

M 12- 299

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

NORBERTO RIVERA,

           Defendant.

- - - - - - - - - - - - - - - - - -X

C O M P L A I N T

(21 U.S.C. §§ 841(a)(1)
and 841(b)(1)(B)(ii)(II))

EASTERN DISTRICT OF NEW YORK, SS:

       Joseph T. Cusanelli, being duly sworn, deposes and states that he is a Detective with the New York City Police Department ("NYPD"), assigned to the Drug Enforcement Task Force, duly appointed according to law and acting as such.

       Upon information and belief, on or about March 25, 2012, within the Eastern District of New York and elsewhere, defendant NORBERTO RIVERA did knowingly, intentionally and unlawfully possess with intent to distribute a substance containing cocaine, a Schedule II controlled substance.

       (Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II)).

       The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1. On March 25, 2012, the defendant NORBERTO RIVERA arrived at John F. Kennedy International Airport ("JFK") in Queens, New York, aboard American Airlines Flight No. 648 from San Juan, Puerto Rico.

2. RIVERA was observed with a carry-on suitcase waiting in the taxi line at JFK. He was approached by Drug Enforcement Task Force agents and officers and asked if he would answer questions related to his travel. RIVERA agreed to answer questions but gave inconsistent answers and continued to appear nervous.

3. Agents and officers then asked RIVERA if he would consent to a search of the bag. RIVERA consented to the search. Agents and officers searched the bag and discovered eight brick-shaped packages co-mingled with his clothing.

4. RIVERA and his personal effects were then transported to a Drug Enforcement Task Force office located in JFK. At the office, agents and officers probed the packages from RIVERA's bag and discovered a white, powdery substance that field-tested positive for cocaine. After being advised of and waiving his <u>Miranda</u> rights, RIVERA admitted to agents that he was being paid $8,000 to bring the drugs into New York.

2

5. The total gross weight of the cocaine found in defendant RIVERA's bag is approximately 8,000 grams.

WHEREFORE, your deponent respectfully requests that the defendant NORBERTO RIVERA be dealt with according to law.

*[signature]*
Joseph T. Cusanelli
Detective
New York City Police Department
Drug Enforcement Task Force

Sworn to before me this
26th day of March, 2012

S/Reyes

THE HONOR                    JR.
UNITED ST                    E
EASTERN L